1  STEPHEN A. LAX, State Bar No. 090329
    laxs@slmclaw.com
2  SCHAFFER, LAX, McNAUGHTON & CHEN                      JS-6
   A Professional Corporation
3  515 South Figueroa Street, Suite 1400
   Los Angeles, California 90071
4  Telephone:  (213) 337-1000
   Facsimile:  (213) 337-1010
5
   Attorneys for Defendant
6  TA OPERATING LLC

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  MARK CHAPPELL,                    CASE NO. CV13-03549 RSWL (Ex)

12              Plaintiff,            **ORDER OF DISMISSAL WITH PREJUDICE**

13        v.

14  TRAVELCENTERS OF AMERICA          Trial Date:  August 19, 2014
    LLC; DOES 1 to 10, inclusive,
15
                Defendants.
16

17

18       Pursuant to the stipulation of the parties under Federal Rule of Civil

19  Procedure 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY

20  IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties,

21  with each party bearing that party's own attorney's fees and costs.

22

23

24  Dated:  1/2/2014          RONALD S.W. LEW
                              _____
25                            Hon. Ronald S. W. Lew
                              Senior U.S.  District Judge
26

27

28

745856 17871
                                    1
                   ORDER OF DISMISSAL WITH PREJUDICE

SCHAFFER, LAX, McNAUGHTON & CHEN
A PROFESSIONAL CORPORATION
515 SOUTH FIGUEROA STREET, SUITE 1400
LOS ANGELES, CALIFORNIA 90071
(213) 337-1000